**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>District of Oregon | **Amended<br>Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Crawford, Debra A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **4692** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**15901 SW Oriole Ct<br>Sherwood, OR**<br>ZIPCODE **97140** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Washington** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Amended Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Crawford, Debra A.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **District Of Oregon** | Case Number: **14-32580-tmb13** | Date Filed: **05/02/14** |
| Location Where Filed: **N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **N/A** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). X */s/ Ted A. Troutman*   **5/19/15** Signature of Attorney for Debtor(s)   Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Amended Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Crawford, Debra A.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Debra A. Crawford**<br>Signature of Debtor                **Debra A. Crawford**<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>**May 19, 2015**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/ Ted A. Troutman**<br>Signature of Attorney for Debtor(s)<br><br>**Ted A. Troutman 844470**<br>**Muir & Troutman**<br>**5075 SW Griffith Drive, Suite 220**<br>**Beaverton, OR 97006**<br><br>**tedtroutman@gmail.com**<br><br><br><br>**May 19, 2015**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____<br>Signature |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | _____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Crawford, Debra A.**            Case No. **15-31963-pcm13**
Debtor(s)

**AMENDED VOLUNTARY PETITION**
**Continuation Sheet - Page 1 of 1**

All Other Names used by the Debtor in the last 8 years:

   **Debby Nass**
   **Debra Nass**
   **dba  The Ultimate Tan & Med Spa**
   **dba  The Ultimate Tan & Med Spa, LLC**

Ted A. Troutman, OSB #844470
Troutman Law Firm, PC
5075 SW Griffith Dr, Ste 220
Beaverton, OR 97005
(503) 292-6788
tedtroutman@sbcglobal.net

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re ) | |
| ) | Case No. 15-31963-pcm13 |
| **Debra A. Crawford** ) | |
| ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |

I, Alyssa Foster, Declare as follow:

    I certify that on **June 3, 2015** I served, by **first class mail**, a full and true copy of the foregoing **Amended Voluntary Petition and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

<strong>"See Attached Matrix"</strong>

Dated: **June 3, 2015**

/s/ Alyssa Foster
Alyssa Foster, Legal Assistant to
Ted A. Troutman

Page 1 Certificate of Service

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 15-31963-pcm13<br>District of Oregon<br>Portland<br>Wed Jun  3 07:57:52 PDT 2015 | Aluli Real Estate Holdings LLC<br>415C Uluniu Street<br>Kailua, HI 96734-2503 | CitiMortgage, Inc.<br>POB 6030<br>Sioux Falls, SD 57117-6030 |
| Promenade Nevada LLC<br>c/o Troy G. Sexton<br>117 SW Taylor Street<br>Suite 200<br>Portland, OR 97204-3029 | 1001 SW 5th Ave #700<br>Portland, OR 97204-1141 | AMO Recoveries<br>POB 926100<br>Norcross, GA 30010-6100 |
| Alma Lasers<br>Dr. Ziv Karni, president and CEO<br>485 Half Day Road # 100<br>Buffalo Grove, IL 60089-8806 | Aluli Real Estate Holdings, LLC<br>C/O CT Corporation System, RA<br>388 State St., Ste 420<br>Salem, OR 97301-3581 | Aluli Real Estate Holdings, Llc<br>C/O Commercial Realty Advisors Nw, Llc<br>733 SW 2nd Ave, Ste 200<br>Portland, OR 97204-3116 |
| American Express Company<br>C/O Kenneth I. Chenault, CEO<br>200 Vesey Street<br>New York, NY 10285-0002 | American Northwest Recovery Solutions,<br>Inc.<br>PO 9235<br>Nampa, ID 83652-9235 | Anesthesia Associates NW, LLC<br>c/o Edward Simpson, RA<br>6400 SW Lake Rd #130<br>Portland, OR 97222 |
| Asset Recovery Group, Inc.<br>C/O Michael G. Schindler, RA<br>4520 SE Belmont # 280<br>Portland, OR 97215-1668 | Asset Systems, Inc.<br>C/O Michael G. Schindler, RA<br>4520 SE Belmont St, STE 280<br>Portland, OR 97215-1668 | Attorney General of the United States<br>C/O Loretta Lynch, Dept. Of Justice<br>10th & Constitution NW<br>Washington, DC 20530-0001 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Barrows Crossing, LLC<br>C/O Edward Fitch, RA<br>210 SW 5th St., Ste 2<br>Redmond, OR 97756-2136 | Blair & Vestigo<br>Attorneys at Law<br>15922 SW 2nd St.<br>Sherwood, OR 97140-9352 |
| Bonneville Billing<br>1186 E 4600 S., Suite 100<br>Ogden, UT 84403-4896 | Bonneville Billing & Collections, Inc.<br>C/O CT Corporation System, RA<br>388 State St., Ste 420<br>Salem, OR 97301-3581 | Bonneville Collections<br>Bankruptcy Department<br>PO Box 150621<br>Ogden, UT  84415-0621 |
| Bonstan Construction Company<br>PO Box 32<br>Clackamas, OR 97015-0032 | Bullard Law<br>Attorneys At Law<br>200 SW Market St #1900<br>Portland, OR 97201-5720 | (c)CAC FINANCIAL CORP<br>2601 NW EXPRESSWAY STE 1000E<br>OKLAHOMA CITY OK   73112-7236 |
| Cach, LLC<br>4340 S. Monaco St. #2<br>Denver, CO 80237-3408 | Cavalry Portfolio Services<br>500 Summit Lake Dr., Suite 4A<br>Valhalla, NY 10595-2323 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 |
| Century Link<br>PO Box 4300<br>Carol Stream, IL  60197-4300 | CitiBank<br>POB 6235<br>Sioux Falls, SD 57117-6235 | CitiBank, N.A.<br>C/O Barbara Desoer, CEO<br>399 Park Avenue<br>New York, NY 10022-4699 |

| | | |
|---|---|---|
| CitiMortgage, Inc.<br>C/O CT Corporation System, RA<br>388 State Street, Suite 420<br>Salem, OR 97301-3581 | Citibank South Dakota<br>c/o Barbara Desoer, CEO<br>399 Park Avenue<br>New York, NY 10022-4699 | Clackamas County Circuit Court<br>807 Main Street<br>Oregon City, OR 97045-1892 |
| Coastal Signs<br>PO Box 1243<br>Willamina, OR 97396-1243 | Columbia Collection Service, Inc.<br>C/O Randall Welch, RA<br>10888 SE Main St #200<br>Milwaukie, OR 97222-7642 | Columbia Collection Service, Inc.<br>POB 22709<br>Milwaukie, OR 97269-2709 |
| Colusa Superior Court<br>Court Executive Officer<br>532 Oak Street<br>Colusa, CA 95932-2570 | Comcast Business Services<br>7475 South Joliet St.<br>Englewood, CO 80112-3885 | Commerical Realty Advisors NW, LLC<br>733 SW 2nd Ave., Ste 200<br>Portland, OR 97204-3116 |
| Convergent Outsourcing<br>800 SW 39th St.<br>PO Box 9004<br>Renton, WA 98057-9004 | Corbridge& Kroll Attorneys, LLC<br>19075 NW Tanasbourne Drive, Ste 100<br>Hillsboro, OR 97124-5824 | Cornelius Retail Center, LLC<br>PO Box 906<br>Beaverton, OR  97075-0906 |
| Cornerstone Clinical Services, PC<br>6400 SE Lake Rd., Ste 325<br>Milwaukie, OR 97222-2185 | Crossroads Plaza Of Oregon, LLC<br>PO Box 626<br>Wilsonville, OR 97070-0626 | Crossroads Plaza, LLC<br>C/O Janet McCaslin, RA<br>9775 SW Commerce Circle, C3<br>Wilsonville, OR 97070-9602 |
| David B. Schumacher<br>Attorney At Law<br>3439 NE Sandy Blvd., Suite 239<br>Portland, OR 97232-1959 | Department Of Human Services<br>800 NE Oregon Street, Ste 640<br>Portland, OR 97232-2187 | Diversified Adjustment<br>600 Coon Rapids Blvd.<br>Coon Rapids, MN 55433-5549 |
| Dr. HVAC<br>1788 NE 18th St.<br>McMinnville, OR 97128-3422 | EOS, CCA<br>700 Long Water Dr.<br>Norwell, MA 02061-1624 | Farleigh Wada Witt<br>Attorneys At Law<br>121 SW Morrison St., Suite 600<br>Portland, OR 97204-3136 |
| Financial Recovery Services Inc<br>POB 385908<br>Minneapolis, MN  55438-5908 | Folawn Alterman & Richardson, LLP<br>C/O Corey Tolliver<br>805 SW Broadway, Ste 2750<br>Portland, OR 97205-3306 | Folawn Alterman & Richardson, LLP<br>C/O Karen Nashiwa<br>805 SW Broadway, Ste 2750<br>Portland, OR 97205-3306 |
| Fred Meyer Jewelers, Inc.<br>C/O Corporation Service Co., RA<br>285 Liberty St., NE<br>Salem, OR 97301-3865 | (p)FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 | GD Sherwood<br>20673 SW Roy Rogers Rd<br>Sherwood, OR 97140-9222 |
| GE Capital<br>POB 103104<br>Roswell, GA 30076-9104 | Gastroenterology Specialists Of OR<br>1508 Division Street, Ste 15<br>Oregon City, OR 97045-1583 | Gay Canaday<br>4040 Douglas Way<br>Lake Oswego, OR 97035-3457 |

| | | |
|---|---|---|
| Global Electric, Inc.<br>POB 162<br>North Plains, OR 97133-0162 | HSBC<br>POB 5259<br>Carol Stream, IL 60197-5259 | Hillsboro Partners, LLC<br>1980 Willamette Falls Drive, Ste 200<br>West Linn, OR 97068-4671 |
| Hillsboro Partners, LLC<br>C/O Mark Handris<br>1980 Willamette Falls Drive, Ste 200<br>West Linn, OR 97068-4671 | Holly Birkett<br>C/O Law Office Of Larry Linder<br>2245 Commercial Street NE<br>Salem, OR 97301-0715 | Home Depot Credit Services<br>POB 183175<br>Columbus, OH 43218-3175 |
| Integrity Solution Services<br>4370 W. 109th Street, Suite 100<br>Overland Park, KS 66211-1316 | Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 | International Emiarmenta Management<br>24516 Network Place<br>Chicago, IL 60673-1245 |
| JK Capital, Inc.<br>C/O Donald Feltam, President<br>1 Walter Kratz Drive<br>Jonesboro, AR 72401-0609 | Jason Crawford<br>15901 SW Oriole Ct.<br>Sherwood, OR 97140-9173 | Kaiser Permanente<br>500 NE Multnomah St., Suite 100<br>Portland, OR 97232-2099 |
| Karen Nashiwa<br>12847 SW 61st Ave<br>Portland, OR 97219-8000 | Kit A. Jensen, Attorney At Law<br>217 E. Main, PO Box 157<br>Hillsboro, OR 97123-0157 | Kramer & Associates<br>520 SW Sixth Avenue, Ste 1010<br>Portland, OR 97204-1595 |
| Kroll Johnson Attorneys At Law<br>C/O Mindy Cardinal<br>6125 NE Cornell Rd., Ste 360<br>Hillsboro, OR 97124-5412 | Law Office Of Larry Roach<br>231 Springside Dr #140<br>Akron, OH 44333-4516 | Law Offices Of Matthew Kehoe, LLC<br>Attorneys At Law<br>330 NE Lincoln Street, Ste 200, POB 543<br>Hillsboro, OR 97123-0543 |
| Legacy Health<br>POB 2787<br>Portland, OR 97208-2787 | Lindsay K. Wostmann<br>Eckart Wostmann Wiese LLC<br>401 E 10th Ave #200<br>Eugene, OR 97401-3304 | Lowes<br>POB 965006<br>Orlando, FL 32896-5006 |
| Mary Yeaza / Bahovia Mama Tanning<br>PO Box 1315<br>Merlin, OR 97532-1315 | Metroplex Pathology Assoc<br>8400 Esters Blvd., Ste 190<br>Irving, TX 75063-2217 | Metropolitan Agencies Inc<br>PO Box 825<br>McMinnville OR 97128-0825 |
| Metropolitan Agencies, Inc.<br>C/O Kaye Fulmer, RA<br>316 N. Johnson<br>McMinnville, OR 97128-4319 | Michael D. Walsh, Attorney At Law<br>C/O Jeremy Dekar<br>21790 Willamette Dr., PO BOX 648<br>West Linn, OR 97068-0648 | Michael G. Borge<br>207 E. 19th St<br>Vancouver, WA 98663-3301 |
| Motschenbacher & Blattner, LLP<br>117 SW Taylor St., Ste 200<br>Portland, OR 97204-3029 | Municipal Services Bureau<br>PO Box 16755<br>Austin, TX 78761-6755 | NCO Financial<br>PO Box 15740<br>Wilmington, DE 19850-5740 |

| | | |
|---|---|---|
| NSA<br>5626 Frantz Rd<br>Dublin, OH 43017-1559 | ODR - Bkcy<br>955 Center NE #353<br>Salem, OR 97301-2555 | Oregon Employment Department<br>875 Union St. NE, RM 107<br>Salem, OR 97311-0800 |
| Oregon Heating & Air<br>19300 SW 118th Ave<br>Tualatin, OR 97062-7293 | PGE<br>POB 4438<br>Portland, OR 97208-4438 | Pacific Coast Credit<br>1730 Willow Creek Circ, Ste 200<br>PO Box 40580<br>Eugene, OR 97404-0091 |
| Pacific Family Dental<br>17680 SW Handley St., Ste 101<br>Sherwood, OR 97140-9255 | Penn Credit<br>POB 988<br>Harrisburg, PA 17108-0988 | Portland Fixture, LP<br>C/O Mercury Development<br>16390 SW Langer Dr.<br>Sherwood, OR 97140-8758 |
| Portland Fixture, LP<br>C/O PFMGP, Inc., RA<br>16390 SW Langer Drive<br>Sherwood, OR 97140-8758 | Preferred Credit<br>POB 1679<br>Saint Cloud, MN 56302-1679 | Professional Credit SE<br>POB 87940<br>Vancouver, WA 98687-7940 |
| Professional Credit Service<br>C/O Joseph R. Hawes, RA<br>PO Box 7548<br>Springfield, OR 97475-0039 | Professional Credit Services<br>400 International Way Ste 100<br>Springfield, OR 97477-7002 | Promenade Nevada, LLC<br>C/O Anthony J. Motschenbacher, RA<br>Motschenbacher Blattner LLP, 117 SW<br>Taylor St.# 200 Portland, OR 97204 |
| Providence Business Office<br>1235 NE 47th Ave. #129<br>Portland, OR 97213-2100 | Providence Health & Services<br>PO Box 13993<br>Portland, OR 97213-0993 | Providence Medical Group - Sherwood<br>16770 SW Edy Rd<br>Sherwood, OR 97140-9679 |
| Providence Newberg<br>1001 Providence Drive<br>Newberg, OR 97132-7485 | Providence Newberg Medical Center<br>POB 3299<br>Portland, OR 97208-3299 | Providence Physicians Business Offices<br>POB 3158<br>Portland, OR 97208-3158 |
| Providence St Vincent Medical Center<br>9205 SW Barnes Rd.<br>Portland, OR 97225-6603 | Quick Collect Inc.<br>POB 55457<br>Portland, OR 97238-5457 | Quick Collect Inc.<br>c/o Virginia Riddell RA<br>6308 SE Platt Ave<br>Portland, OR 97236-4787 |
| RJM Acquisitions LLC<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791-4437 | ROIC Oregon, LLC<br>C/O Corporation Service Company, RA<br>1127 Broadway Street NE Ste 310<br>Salem, OR 97301-1139 | Radiance Capital, LLC<br>6416 Pacific Hwy E<br>Fife WA 98424-1561 |
| Regency Realty Group Inc<br>c/o Regency Centers LP<br>One Independent Dr #114<br>Jacksonville FL 32202-5005 | Regency Realty Group, Inc.<br>C/O Corporation Service Company, RA<br>285 Liberty St NE<br>Salem, OR 97301-3865 | Ronnie Swyers<br>8551 SW Avon Street<br>Tigard, OR 97224-5674 |

| | | |
|---|---|---|
| Rose, Senders & Bovarnick, LLC<br>1205 NW 25th Ave<br>Portland, OR 97210-2422 | SPM Wilsonville, LLC<br>C/O Kenneth Antell, RA<br>851 SW Sixth Ave., Ste 1500<br>Portland, OR 97204-1352 | Schwindt Richardson, LLC<br>621 SW Morrison St., Ste 700<br>Portland, OR 97205-3826 |
| Sherwood Family Medicine<br>20015 Southwest Pacific Hwy, #300<br>Sherwood, OR 97140-9316 | Spar Investment Company<br>C/O Joseph Haddad, Attorney<br>JJH Law, 351 NW 12th Ave<br>Portland, OR 97209-2905 | Stefanie Jacquemin<br>12873 SW Morningstar Dr.<br>Tigard, OR 97223-1784 |
| (p)SUMMIT LEASING INC<br>PO BOX 7<br>YAKIMA WA 98907-0007 | Suttell & Hammer, PS<br>POB C-90006<br>Bellevue, WA 98009 | TRG, LLC<br>Fka The Radiology Group<br>POB 25180<br>Portland, OR 97298-0180 |
| The Newberg Ultimate Tan & Med Spa<br>15690 NE Oregon Street<br>Sherwood, OR 97140 | The Radiology Group<br>PO Box 215184<br>Portland, OR 97298 | The Steele Law Firm<br>1051 NW Bond ST., Ste 320<br>Bend, OR 97701-2060 |
| The Tanning Bed Company<br>18525 SW Vincent<br>Aloha, OR 97078-1579 | The Tanning Bed Company<br>C/O Pamela E. Yee, RA<br>18525 SW Vincent<br>Aloha, OR 97078-1579 | The Ultimate Tan & Med Spa, LLC<br>15690 SW Oregon St.<br>Sherwood, OR 97140-9341 |
| The Ultimate Tan & Spa, LLC<br>15901 SW Oriole Ct.<br>Sherwood, OR 97140-9173 | The Vintage Place, LLC<br>C/O Megan Floretta, RA<br>837 Lincoln St<br>Eugene, OR 97401-2810 | Timepayment Corporation<br>16 NE Executive Park, Ste 200<br>Burlington, MA 01803-5222 |
| Timepayment Corporation<br>C/O Corporation Service Company, RA<br>1127 Broadway Street NE #310<br>Salem, OR 97301-1139 | US Attorney For The District Of Oregon<br>C/O Amanda Marshal, US Attorney<br>1000 SW 3rd Ave., Ste 600<br>Portland, OR 97204-2936 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | Ultimate Tan, LLC<br>2935 SE 73rd Ave<br>Hillsboro, OR 97123-6223 | Vintage Place At McMinneville<br>c/o Income Property Management<br>721 SW Oak #100<br>Portland, OR 97205-3717 |
| Washington County Circuit Court<br>150 N 1st Avenue<br>Hillsboro, OR 97124-3002 | Washington County Tax & Assessment<br>C/O Richard Hobernicht, Director<br>155 N 1st Ave Rm 130<br>Hillsboro, OR 97124-3001 | Wells Fargo<br>POB 25341<br>Santa Ana, CA 92799-5341 |
| Wells Fargo<br>POB 348750<br>Sacramento, CA 95834-8750 | Wells Fargo Capital Finance, LLC<br>C/O Henry K. Jordan, CEO<br>2450 Colorado Avenue, 3rd Floor<br>Santa Monica, CA 90404-3597 | Wells Fargo Capital Finance, LLC<br>PO Box 4568<br>Federal Way, WA 98063-4568 |

| | | |
|---|---|---|
| Williams Babbit & Weisman, Inc.<br>5255 North Federal Hwy, 3rd Floor<br>Boca Raton, FL 33487-4913 | Wilsonville Town Center<br>C/O Norris & Steven's<br>621 SW Morrison, Ste 800<br>Portland, OR 97205-3825 | Yamhill County Circuit Court<br>535 E. 5th St.<br>McMinnville, OR 97128-4523 |
| Debra A. Crawford<br>15901 SW Oriole Ct<br>Sherwood, OR 97140-9173 | TED A TROUTMAN<br>5075 SW Griffith Dr.<br>STE 220<br>Beaverton, OR 97005-3045 | Wayne Godare<br>222 SW Columbia St #1700<br>Portland, OR 97201-6652 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>POB 982235<br>El Paso, TX  79998-2235 | Frontier Communications<br>POB 20550<br>Rochester, NY  14602 | Summit Leasing, Inc.<br>C/O Ken Mears<br>PO Box 7<br>Yakima, WA  98907 |
| (d)Summit Leasing, Inc.<br>PO Box 7<br>Yakima, WA  98907-0007 | US Bank<br>205 W. 4th St.<br>Cincinnati, OH  45202 | (d)US Bank<br>PO Box 6349<br>Fargo, ND  58125-6349 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

CAC Financial Corp
2601 NW Expressway, Ste 1000 East
Oklahoma City, OK  73112

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Summit Leasing, Inc. | (d)Aluli Real Estate Holdings LLC<br>415C Uluniu Street<br>Kailua, HI  96734-2503 | (d)CitiMortgage, Inc.<br>POB 6030<br>Sioux Falls, SD  57117-6030 |
| (u)Karen Nashiwa | End of Label Matrix<br>Mailable recipients   155<br>Bypassed recipients     4<br>Total                159 | |