Ted A. Troutman, OSB #844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
tedtroutman@sbcglobal.net

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | ) |
| | ) Case No. 15-31963-pcm13 |
| Debra A. Crawford, | ) |
| | ) **MOTION FOR ORDER** |
| | ) **CONVERTING CHAPTER 13** |
| Debtor(s) | ) **CASE TO CHAPTER 7 CASE** |
| | ) |

The above referenced debtor, by and through her attorney Ted A. Troutman, move the court for an order converting her Chapter 13 Bankruptcy case to a case administered under Chapter 7 of the Bankruptcy Code. This motion is based on 11 U.S.C. §1307(a).

Presented By:

July 30, 2015 /s/ Ted A. Troutman
Date Ted A. Troutman, OSB#844470
Attorney for Debtor

Ted A. Troutman, OSB #844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788
tedtroutman@sbcglobal.net

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

In Re )
) Case No. <u>15-31963-pcm13</u>
Debra A. Crawford**,** )
)
) **CERTIFICATE OF SERVICE**
)

I, Lisette Barajas, Declare as follow:

I certify that on **July 30, 2015**, I served, by **first class mail**, a full and true copy of the attached **Motion For Order Converting Chapter 13 Case to Chapter 7 Case and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**Debra Crawford**
**15901 SW Oriole Ct.**
**Sherwood OR 97140**

**Aluli Real Estate Holdings LLC**
**415C Uluniu Street**
**Kailua, HI 96734**

Dated: <u>**July 30, 2015**</u>

<u>/s/ Lisette Barajas</u>
Lisette Barajas, Legal Assistant to
Ted A. Troutman

Page 1 Certificate of Service